Argued and submitted September 30, sentence vacated; remanded for resentencing; otherwise affirmed November 10, 2004

STATE OF OREGON,
*Respondent,*

*v.*

ANTHONY CORNELL SINIBALDI,
*Appellant.*

02C47902; A121060

100 P3d 783

David C. Degner, Deputy Public Defender, argued the cause for appellant. With him on the brief were Peter A. Ozanne, Executive Director, and Peter Gartlan, Chief Defender, Office of Public Defense Services.

Timothy Sylwester, Assistant Attorney General, argued the cause for respondent. On the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General, and Jonathan H. Fussner, Assistant Attorney General.

Before Edmonds, Presiding Judge, and Wollheim and Schuman, Judges.

PER CURIAM

Sentence vacated; remanded for resentencing; otherwise affirmed. *State v. Sawatzky*, 195 Or App 159, 96 P3d 1288 (2004).